**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FLOATSUP, LLC, a Montana limited liability company,<br><br>       Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>       Defendants. | Case No. 1:24-cv-09662<br><br>**Judge Andrea R. Wood**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## <u>NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS ONLY</u>

**TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff and Defendants 永讯商贸 (Seller ID: A1LE1J8IL9JC5G) (Def #31), makai USA (Seller ID: A2A7Y8CR8580DA) (Def #22), and Wangshuang USA (Seller ID: A26YRQZFL0XOU3) (Def #28), (collectively, "Defendants") have reached a settlement as to all claims at issue in this case asserted against the Defendants identified herein only. Accordingly, Plaintiff hereby voluntarily dismisses its claims against Defendants identified herein only, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party bearing its own costs and attorneys' fees. In accordance with Rule 41, the Preliminary Injunction (ECF 38) is automatically dissolved against Defendants identified herein only. The Preliminary Injunction (ECF 38) remains as to all other Defendants.

Per Fed. R. Civ. P. 41(a)(1)(A)(i), no order is required on this dismissal.

Date: February 8, 2025

Respectfully submitted,

*/s/ Trevor W. Barrett*
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS

tbarrett@donigerlawfirm.com
Attorney for Plaintiff

NOTICE OF DISMISSAL