UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Floatsup, LLC

          Plaintiff,

v.

Case No.: 1:24−cv−09662

Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified in Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 3/20/2025. For the reasons stated on the record, Defendants SIJI Co.Ltd, JIECHAO Co.Ltd, BAIOJI Co.Ltd, and LINGYANG Co.Ltd's motion to dismiss under Rule 12(b)(2) [36] is terminated as moot in light of settlement. Telephonic status hearing set for 5/7/2025 at 9:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (650) 479−3207 and the access code is 1808131170. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.